IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF HAWAII ex rel. BETHANY J. LEWIS,<br><br>Relator,<br><br>vs.<br><br>HONOLULU COMMUNITY ACTION PROGRAM, INC., HONOLULU COMMUNITY ACTION PROGRAM, INC., dba HCAP HEAD START, ROBERT N.E. PIPER, in his individual capacity and as Executive Director of HONOLULU COMMUNITY ACTION PROGRAM, INC., LYNN K. CABATO, in her individual capacity and as Director of HCAP HEAD START, ROBYN ANTONUCCI, in her individual capacity and as Assistant Director of HCAP HEAD START, DONNA MANIBOG, in her individual capacity and as Assistant Director of HCAP HEAD START, SONIA CHAN, in her individual capacity and as Information Technology Manager of HCAP HEAD START,<br><br>Defendants. | CIVIL NO. _____<br>(Qui Tam Action)<br><br>**DEMAND FOR JURY TRIAL** |

## DEMAND FOR JURY TRIAL

Relator hereby demand a trial by jury on all issues triable of right by jury in this case pursuant to Rule 38, Federal Rules of Civil Procedure, and Rule 38, Hawaii Rules of Civil Procedure

DATED: Honolulu, Hawaii, February 11, 2016.

_____
MICHAEL JAY GREEN
PETER C. HSIEH
GLENN H. UESUGI
Attorneys for Relator
BETHANY J. LEWIS,
on behalf of herself and the
UNITED STATES OF AMERICA
and the STATE OF HAWAII