**ORIGINAL**

**SEALED BY ORDER OF THE COURT**

<u>WARNING</u>: THIS DOCUMENT FILED UNDER SEAL
PURSUANT TO 31 U.S.C. § 3730(b)(3)

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA #3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Rachel.Moriyama@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 13 2018
at 9 o'clock and 23 min. A. M.
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF HAWAII, *ex rel.* BETHANY J. LEWIS,<br><br>　　　　Relator/Plaintiffs,<br><br>　　v.<br><br>HONOLULU COMMUNITY ACTION PROGRAM, INC., HONOLULU COMMUNITY ACTION PROGRAM, INC., dba HCAP HEAD START, ROBERT N.E. PIPER, in his individual capacity and as Executive Director of HONOLULU COMMUNITY ACTION PROGRAM, INC., LYNN K. CABATO, in her individual capacity and as Director of HCAP HEAD START, ROBYN ANTONUCCI, in her individual capacity and as Assistant Director of HCAP HEAD START, DONNA MANIBOG, in her | CIVIL NO. 16-00062 JMS KJM<br><br>THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION |

individual capacity and as
Assistant Director of HCAP HEAD
START, SONIA CHAN, in her
individual capacity and as
Information Technology Manager
of HCAP HEAD START,

      Defendants.

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should

either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.  The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole

//
//
//
//

purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED:  April 13, 2018, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

By: _____
        RACHEL S. MORIYAMA
        Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA