ORIGINAL

RECEIVED
CLERK U.S. DISTRICT COURT
APR 13 2018
9:23 AM
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 16 2018
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA #3802
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Rachel.Moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF HAWAII, *ex rel.* BETHANY J. LEWIS,<br><br>      Relator/Plaintiffs,<br><br>    v.<br><br>HONOLULU COMMUNITY ACTION PROGRAM, INC., HONOLULU COMMUNITY ACTION PROGRAM, INC., dba HCAP HEAD START, ROBERT N.E. PIPER, in his individual capacity and as Executive Director of HONOLULU COMMUNITY ACTION PROGRAM, INC., LYNN K. CABATO, in her individual capacity and as Director of HCAP HEAD START, ROBYN ANTONUCCI, in her individual capacity and as Assistant Director of HCAP HEAD START, DONNA MANIBOG, in her individual capacity and as Assistant Director of HCAP HEAD START, SONIA CHAN, in her | CIVIL NO. 16-00062 JMS KJM<br><br>ORDER |

individual capacity and as
Information Technology Manager
of HCAP HEAD START,

   Defendants.

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. the Complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is

entitled to intervene in this action, for good cause, at any time;

    5.   the parties shall serve all notices of appeal upon the United States;

    6.   all orders of this Court shall be sent to the United States; and that

    7.   should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: April 13, 2018, at Honolulu, Hawaii.

/s/ J. Michael Seabright
J. MICHAEL SEABRIGHT
UNITED STATES DISTRICT JUDGE