# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:16-cv-00062 JMS-KJM |
| CASE NAME: | Bethany J. Lewis, et al. v. Honolulu Community Action Program, Inc. et al. |
| ATTYS FOR PLA: | Peter Hsieh |
| ATTYS FOR DEFT: | Paul Saito<br>John P. Duchemin |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 09/10/2018 | TIME: | 11:10am-11:30am |

COURT ACTION:  EP: Hearing on a [38] Motion to Dismiss was held.

Oral arguments heard.

[38] Motion to Dismiss - GRANTED in part and DENIED in part.

Court to issue a written order.

Submitted by: Shelli Mizukami, Courtroom Manager