UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF HAWAII, ex rel. BETHANY J. LEWIS,<br><br>Plaintiff,<br><br>vs.<br><br>HONOLULU COMMUNITY ACTION PROGRAM, INC, et al.,<br><br>Defendants. | CIVIL NO. 16-00062 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS

Findings and Recommendation having been filed and served on all parties on February 5, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Defendants' Motion For Attorneys' Fees and Related Non-Taxable Costs" are adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 21, 2020.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge